U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES                         *

v.                                    *   Case # 05-CV-1123
                                      *   Judge: Ellen Segal Huvelle
$3,799.00 in U.S. Currency

                                      *
        Defendant.
                                      *

* * * * * * * * * *

## PRO SE CLAIM - STATEMENT PURSUANT TO ADMIRALTY RULE C (6)

Pursuant to Admiralty Rule C (6), the Claimant, Edward Kenneth Kelly, Jr., submits this claim - statement of ownership contesting the forfeiture and continued seizure of $3,799.00. The Pro Se Claimant says as follows.

1. I received notice of the Civil Forfeiture Action.

2. This claim - statement is timely filed to contest the forfeiture. The Government has allowed me until July 29, 2005, to file this claim - statement.

3. I am the owner and/or I have an ownership interest in some and/or all of the currency in question.

4. I hereby contest Government's allegation that the currency in question was used or acquired in violation of the Controlled Substances Act, 21 U.S.C. Section 801 et seq., and are otherwise subject to forfeiture. I am entitled to its return.

Pursuant to 28 U.S.C. Section 1746, and as required in Admiraty Rule C (6), addressing verification I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on July ___, 2005.

1

*[signature: Edward K Kelly]*
Edward Kenneth Kelly, Jr., Pro Se Claimant
ID#A11684
PG County Detention Center
13400 Dille Drive
Upper Marlboro, MD 20772

### Certificate of Service

I certifiy that I served and/or caused to be served a copy of the foregoing document upon AUSA Michael Humphreys, Esquire, 555 4th Street, NW, Washington, DC, 20530

*[signature: Edward K Kelly]*
Edward Kenneth Kelly, Jr., Pro Se Claimant