## U.S. DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES                              *

    v.                              *     Case # 05-CV-1123
                                  *     Judge: Ellen Segal Huvelle

$3,799.00 in U.S. Currency

                             *

        Defendant.

                             *

* * * * * * * * *

## PRO SE ANSWER OF CLAIMANT PURSUANT TO ADMIRALTY RULE C (6) INCLUDING DEFENSES PURSUANT TO RULE 12(b)

Pursuant to Admiralty Rule C (6), the Claimant, Edward Kenneth Kelly, Jr., files this answer contesting the forfeiture and continued seizure of $3,799.00. The Pro Se Claimant says as follows. I received notice of the Civil Forfeiture Action.

### First Defense

The complaint fails to state a claim against the defendant property upon which relief can be granted.

### Second Defense

The complaint fails to plead facts with sufficient specificity sufficient to meet the requirements of Admiralty Rule E(2). A more specific statement qualifying with the rule is required.

### Third Defense Answering on the Merits

The Claimant admits the allegation contained in paragraph 1. The Claimant denies each and every other allegation contained in the complaint.

1

## Fourth Defense

Venue is improper in the District of Columbia. No act or omission giving rise to the forfeiture occurred in the District of Columbia. The currency was seized from a residence located in the District of Maryland.

## Fifth Defense

Pursuant to 18 USC Section 983(c), there is no substantial connection between the property and the offense.

## Sixth Defense

Pursuant to 18 USC Section 983(g), the forfeiture is grossly disproportional to the gravity of the offense giving rise to the forfeiture.

Edward Kenneth Kelly, Jr., Pro Se Claimant
ID#A11684
PG County Detention Center
13400 Dille Drive
Upper Marlboro, MD 20772

## Certificate of Service

I certifiy that I served and/or caused to be served a copy of the foregoing document upon AUSA Michael Humphreys, Esquire, 555 4th Street, NW, Washington, DC, 20530

Edward Kenneth Kelly, Jr., Pro Se Claimant

2