# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                  Plaintiff,           ) | |
| v.           ) | Civil Action No. 05-1123 (ESH) |
| $3,799.00 IN UNITED STATES CURRENCY,           ) | |
|                                Defendant.           ) | |

## **PRAECIPE**

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

                                 Respectfully submitted,

                                 /s/

                                 JUDITH A. KIDWELL
                                 Assistant  United States Attorney
                                 555 4th St., N.W., Room 4818
                                 Washington, D.C. 20530
                                 202-514-7250

                                 /s/

                                 MICHAEL A. HUMPHREYS
                                 DC Bar # 383353
                                 Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

     I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Edward Kenneth Kelly, Jr.
PG County Detention Center
13400 Dille Center
Upper Marlboro, MD 20772

by means of the Court's ECF filing system, on this 19th day of January, 2006.

                          /s/

                          JUDITH A. KIDWELL
                          Assistant United States Attorney
                          555 4th St., N.W., Room 4818
                          Washington, D.C. 20530
                          202-514-7250