# EXHIBIT 1

## AFFIDAVIT

I, Paul M. Cavanagh, after being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent ("SA") employed by the Federal Bureau of Investigation ("FBI"). I have been so employed since March 2003. Currently, I am assigned to the Asset Forfeiture/Money Laundering Squad in the FBI's Washington, D.C., Field Office. I have extensive accounting experience and financial investigative training and experience. My investigative assignments include the investigation of criminal violations of the Title 21, United States Code (the Narcotics Laws) and Title 18, United States Code including, but not limited to, the Laundering of Monetary Instruments §§1956 and 1957), as well as a variety of White Collar Crime investigations.

2. I am the forfeiture case agent in the civil forfeiture case, United States v. $3,799 in United States Currency. On June 6, 2005, I prepared and submitted an affidavit in support of the civil complaint against this property. I am familiar with the facts of this civil forfeiture case and I am familiar with the facts and evidence in the related criminal case in the State of Maryland against Edward Kelly, Jr. I am working with the case agent in the criminal matter against Edward Kelley. Edward Kelly was indicted in U.S. District Court for the District of Maryland in February of 2005. He was charged with five counts as follows:   (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Distribution of Cocaine and Crack Cocaine, 21 U.S.C. § 841; Possession with Intent to Distribute Cocaine and Crack Cocaine, 21 U.S.C. § 841; Use of a Communications Facility in Furtherance of a Narcotics Offense, 21 U.S.C. § 843(b); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)).

Exhibit I

United States v. $3,799.00 in
United States Currency
Cv. No. 05-01123 (ESH)

3. The evidence, witnesses, and investigative techniques that establish the civil forfeiture case are basically the same evidence, witnesses, and investigative techniques that are being used in the pending criminal case against Edward Kelly. Revealing the evidence and witnesses at this time in the civil forfeiture case would be detrimental to the criminal case. It is important at this time, to protect the law enforcement techniques used to gather and obtain evidence to safeguard the criminal matter.

I, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Affidavit is based upon reports and information known to me and/or furnished to me by law enforcement agents and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed on this 6 day of February 2006.

_____
Paul M. Cavanagh
Special Agent
Federal Bureau of Investigation