UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) <br>     c/o United States Attorney     ) <br>     Judiciary Center Building     ) <br>     555 Fourth St., N.W.     ) <br>     Washington, D.C. 20530     ) <br>                                                              ) <br>                         Plaintiff,     ) <br>                                                              ) <br>              v.                                      ) <br>                                                              ) <br> **$3,799.00 IN UNITED STATES**     ) <br> **CURRENCY,**                           ) <br>                                                              ) <br>                         Defendant.     ) <br> _____) | Civil Action No. 05-01123 (ESH) |

**O R D E R**

On motion of the Plaintiff, United States of America, pursuant to 18 U.S.C. § 981(g)(1), for a stay of this civil forfeiture proceeding pending the outcome of the related criminal investigation and prosecution in the United States District Court for the District of Maryland (Criminal Case No. 04-559);

and this Court specifically finding that the related criminal investigation and prosecution in the District of Maryland (Criminal Case No. 04-559) would be adversely affected by discovery in this civil forfeiture proceeding because the two matters are based upon similar facts, parties, witnesses, and circumstances; and

NOW, therefore it is

ORDERED that the Plaintiff's motion for a stay of this civil forfeiture proceeding is GRANTED; and it is further

ORDERED that this civil forfeiture proceeding is stayed until the related District of Maryland criminal case (Criminal Case No. 04-559), is concluded.

SO ORDERED:

_____
United States District Judge

cc:
Judith A. Kidwell
Assistant U.S. Attorney
United States Attorney's Office
555 4th Street, N.W., Room 4818
Washington, D.C. 20530


Edward Kenneth Kelly, Jr., *Pro Se* Claimant
ID#A11684
Prince George's County Detention Center
13400 Dille Drive
Upper Marlboro, MD 20772